UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERTO ANDRADE,
          Petitioner,

v.

PETER PERRONCELLO, SUPERINTENDENT,
ET AL.,
          Respondents.

CIVIL ACTION

NO. 05-11492-GAO

## ORDER

O'TOOLE, D. J.

    On July 14, 2005, Petitioner Roberto Andrade, an immigration detainee at Bristol County House of Corrections, filed, through his counsel, a petition for a writ of habeas corpus under Section 2241, and a Mandamus Complaint, naming Superintendent Peter Perroncello, Steve Farquharson, District Director of I.C.E., Department of Homeland Security for the District of Massachusetts, and Alberto R. Gonzalez, Attorney General of the United States, as respondents. A $250.00 filing fee was paid. Petitioner contends this action is not subject to the provisions of the REAL ID Act of 2005.

    ACCORDINGLY, it is hereby ORDERED:

    (1) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, Peter Perroncello, Superintendent; AND counsel for the Respondents: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail AND

    (2) The Respondents shall file an answer or other responsive pleading within 28 days of receipt of the petition; and

    (3) <u>The Respondent shall provide the Court with at least 48 hours (two business days) advance notice of any scheduled deportation or removal of petitioner.</u>

SO ORDERED.

7/21/2005
_____
Date

/s/ George A O'Toole Jr.
GEORGE A. O'TOOLE
UNITED STATES DISTRICT JUDGE