```
                UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

**Courtesy Copy --
Do Not Scan**

ROBERTO ANDRADE,           )
                           )
        Petitioner         )
                           )   Civil Action No.
    v.                     )   05cv11492-GAO
                           )
PETER PERRONCELLO, ET AL., )
                           )
                           )
        Respondents        )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. Rules 12(b)(1) and (6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

Respondent also files herewith its Memorandum of Law in Support of Motion to Dismiss.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  s/Frank Crowley
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415


                    CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon counsel for petitioner by mail on August 1, 2005.

                         s/Frank Crowley
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114

---

United States in a suit pending in a court of the United States").