

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## ORDER FOR EXPUNGEMENT / SEALING OF RECORDS
### SUPERIOR COURT

☐ PROVIDENCE/BRISTOL   ☐ KENT   ☐ WASHINGTON   ☐ NEWPORT

1. STATE OF RHODE ISLAND

    CASE NO. P98-0349A

    VS.

    CCR# _____

    _Roberto Andrade_

    OFFENSE  CT.#1 _____

    D.O.B. _____

    CT #2 _____

    B.C.I. # _____

    CT #3 _____

    Disposition:

    _dismissed_

This matter came to be heard on ___8-8-05___ before
Date

Justice ___Darnuth___ on Defendant's ☐ **Motion to Expunge**
☐ **Motion to Seal** and after hearing thereon and due consideration thereof, it is hereby
**ORDERED**

☐ That all court records of the above matter and records of the ___No. Prv.___
City/Town
Police Department and Bureau of Criminal Identification on file involving the Defendant
be **expunged** pursuant to R.I.G.L. 12-1.3-3(c).

☐ That all court records of the above matter be **sealed** pursuant to R.I.G.L.
12-1-12.1 and all Police/Bureau of Criminal Identification records on file be destroyed
pursuant to R.I.G.L. _____

Entered as on Order of the Court ___8-3-05___
Date

Enter _____    By order of ___Claudia Langa___
                                         Dep. Clerk I

The above case has been expunged under the provisions of RIGL 12-1.3-3.

**DISTRIBUTION**
WHITE-COURT FILE   YELLOW-A.G. DEPT.   PINK-POLICE DEPT.   GREEN-ST. POLICE   GOLD-ATTORNEY/PRO-SE
SR-27 (REV. 10/00)      05 AUG -2  AM 10: 22