UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
---------------------------------------------------------X
ROBERTO ANDRADE,

        Petitioner,                  Docket No. 05 CV 11492-GAO

    -against-

                                      REPLY TO MOTION TO DISMISS.

PETER PERRONCELLO, et al.,

        Respondents.
---------------------------------------------------------X

    Petitioner, ROBERTO ANDRADE, through his attorney STEVEN D. DILIBERO, ESQ., in reply to the Respondent's Motion to Dismiss the Writ of Habeas Corpus and Mandamus Complaint, states as follows:

    1. The instant Writ of Habeas Corpus and Mandamus Complaint was filed shortly after the law on immigration writs changed through the passage and signing of the REAL ID Act of 2005, H.R. 1268, 109th Cong. (2005), Pub. L. No. 109-13, signed by the President on May 11, 2005.

    2. The REAL ID Act provided that some of the statutes related to the judicial review of immigration agency decisions, by the Department of Homeland Security and the Executive Office of Immigration Review of the U.S. Department of Justice were to be amended resulting in the Circuit Courts of Appeal for the district in which an immigration matter was heard having sole jurisdiction over judicial review of questions of law and constitutional questions related to the administrative agency decisions themselves, except for decision related to the actual custody of the immigrant, which jurisdiction would remain with the United States District Court in which

the immigrant is maintained in custody.

3. The actual division of functions is somewhat difficult to parse, and the law being very new, there appears to be little case-law instruction on how matters should proceed which seek to challenge the asserted illegality of the detention of an immigrant who has been through, or is in the process of, administrative immigration proceedings.

4. The Writ of Habeas Corpus filed herein seeks to challenge the illegality of the detention of the Petitioner on the grounds that his Due Process rights, as guaranteed by the Fifth Amendment of the Constitution, were violated by the unreasonable refusal to permit the slightly-late filing of a motion to re-open a proceeding which had been closed without any fault on the part of the alien himself. The First Circuit has recognized that "there is a due process violation if [a deportation proceeding] was so fundamentally unfair that the alien was prevented from reasonably presenting his case." *Cf.* Bernal-Vallejo v. INS, 195 F.3d 56, 63 (1st Cir. 1999).

5. This writ challenges the legality of Petitioner's detention and requests that this Court order a stay of removal pending further decision by the Board of Immigration Appeals. To the extent that the Petition appears to seek further review of the decisions of the immigration court, any such requests are withdrawn. This writ seeks only to challenge Petitioner's custody status, including the transfer of his custody to any place outside of the United States.

6. Any further review of the decisions of the immigration court, to the extent that relief is not granted there, will be made by Petition for Review. Moreover, this is not a challenge to custody based on Zadvydas v. Davis, 533 U.S. 678 (2001), as we recognize that Petitioner has not been in custody for the required six months.

7. Because the issues raised in the Respondent's motion are relatively novel, since the

enactment of the REAL ID Act is relatively recent, Petitioner respectfully seeks permission to file a Memorandum of Law at a later date, to be determined by agreement (if possible) with the attorney for the Respondents.

Dated: Providence, Rhode Island
       August 18, 2005

                                  STEVEN D. DILIBERO, ESQ. (B.B.O. #865437)
                                  Attorney for Petitioner
                                  DiLibero and Coloian, Attorneys
                                  130 Dorrance Street
                                  Providence, Rhode Island 02903
                                  (401) 621-9700

Certificate of Service by Mail
==============================

STEVEN D. DILIBERO, ESQ, being an attorney duly admitted to the practice of law in the state of Rhode Island, does hereby declare under penalties of perjury that I personally delivered a true copy of the within motion by placing the same in a secure envelope and mailing by U.S. Mail to the following office:

> Department of Homeland Security
> Attention: Frank Crowley, Esq.
> Special Assistant U.S. Attorney
> P.O. Box 8728
> J.F.K. Station
> Boston, MA 02114

Dated: Providence, Rhode Island
August 18, 2005

_____
STEVEN D. DILIBERO, ESQ. (B.B.O. #865437)
Attorney for Petitioner
DiLibero and Coloian, Attorneys
130 Dorrance Street
Providence, Rhode Island 02903
(401) 621-9700