UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERTO ANDRADE, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>PETER PERRONCELLO, ET AL., )<br>)<br>)<br>Respondents ) | Civil Action No.<br>05cv11492-GAO |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on December 18, 2005**.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                By:  s/Frank Crowley
                      FRANK CROWLEY
                      Special Assistant U.S. Attorney
                      Department of Homeland Security
                      P.O. Box 8728
                      J.F.K. Station
                      Boston, MA 02114
                      (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on November 30, 2005.

                                                 s/Frank Crowley  
                                                 FRANK CROWLEY  
                                                 Special Assistant U.S. Attorney  
                                                 Department of Homeland Security  
                                                 P.O. Box 8728  
                                                 J.F.K. Station  
                                                 Boston, MA 02114