UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------X
ROBERTO ANDRADE,
A 36-093-105.
      Petitioner,        Docket No. 05cv11492-GAO

 -against-
                    Motion for CONTINUANCE

PETER PERRONCELLO, Superintendent of the
Bristol County Correctional Facility, and
STEVE FARQUHARSON, District Director
Of I.C.E. Department of Homeland Security for
the District of Massachusetts, and
ALBERTO R. GONZALES, Attorney
General of the United States,

      Respondents.
-------------------------------------------------X

## MOTION FOR CONTINUANCE

    Attorneys for the Petitioner respectfully request a continuance in the above referenced case, scheduled for a hearing on Wednesday, December 14, 2005, to allow Petitioner adequate time to secure substitute counsel. The Petitioner has filed an ethical complaint against present counsel, and, therefore, counsel is prohibited from having any contact with Petitioner and is unable to continue representing Petitioner. Please refer to the notice of the ethical complaint filed by Petitioner, attached as Exhibit 'A'.

Dated:  Providence, Rhode Island
     December 12, 2005

            STEVEN D. DILIBERO, ESQ. (B.B.O. #865437)
            Attorney for Petitioner
            DiLibero & Coloian, LLP
            130 Dorrance Street
            Providence, RI 02903
            (401) 621-9700

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon counsel for Respondents by mail on December 12, 2005 at the above address:

Frank Crowley
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA  02114

EXHIBIT "A"



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Supreme Court
DISCIPLINARY BOARD
John E. Fogarty Judicial Annex
24 Weybosset Street - 2nd Floor
Providence, R.I. 02903
(401) 222-3270
FAX (401) 222-1191

December 6, 2005

Steven D. DiLibero, Esquire
DiLibero & Coloian
130 Dorrance Street
Providence, RI 02903

**Re: Roberto Andrade**

Dear Attorney DiLibero:

Enclosed is a copy of correspondence recently received by this office from the above-referenced individual. Please furnish your response on or before **Tuesday, December 27, 2005**. This is not being treated as a formal complaint at this time. *Please furnish this office with an original and one (1) copy of your written response.*

If you fail to respond within the time stated in paragraph one above, this complaint will be logged in as a formal complaint, assigned a file number and processed in the usual manner without further notice.

Your cooperation in this matter is appreciated.

Very truly yours,

David D. Curtin
Chief Disciplinary Counsel

DDC:lmn

Enclosure