UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERTO ANDRADE
        Plaintiff(s)

v.                          CIVIL ACTION NO. 05-11492-GAO

PETER PERRONCELLO, ET AL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Respondent's Report to the Court, filed 2/17/06, the Board of Immigration Appeals ("BIA") by decision dated February 8, 2006, has now granted petitioner's motion to reopen, and remanded his removal case back to the Immigration Judge for further proceedings. Therefore, the court dismisses the petition as moot.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 2/27/06                              By  Paul Lyness
                                                           Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)